Louis H. Castoria, Esq. (SBN: 95768)
Angela Killian, Esq. (SBN: 346212)
**KAUFMAN DOLOWICH & VOLUCK, LLP**
425 California St., Suite 2100
San Francisco, CA 94104
Telephone: (415)926-7600
Facsimile: (415)926-7601
Email: lcastoria@kdvlaw.com

Attorneys for Defendant
PAMELA ROGERS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE WALLER; SUSAN SPENCER and MARGARET HARVEY,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA ROGERS; SMILE TRAIN FOUNDATION; STANFORD HOSIPTAL, JOHN MUIR HOSPITAL, CHILDREN'S HOSPITAL OF OAKLAND; CONTRA COSTA MEALS-ON-WHEELS and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:4:23-cv-00808-DMR<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT PAMELA ROGERS' TO DISMISS COMPLAINT WITH PREJUDICE (F.R.C.P. 12(b)(6))**<br><br>Judge: Hon. Donna M. Ryu<br>Dept: Oakland Courthouse, Courtroom 4–3rd Floor<br>Hearing Date: May 25, 2023<br>Time: 1:00 PM<br><br>Complaint Filed: February 23, 2023<br>Trial Date: None<br>Accompanying Papers:<br>• Request for Judicial Notice (certified copies of Superior Court record to be lodged with the Court)<br>• Memorandum of Points & Authorities<br>• Declaration of Angela Killian<br>• [Proposed] Order |

1
NOTICE OF MOTION AND MOTION OF DEFENDANT PAMELA ROGERS MOTION TO DISMISS
(FRCP 12(b)(6))

**TO PLAINTIFFS DANIELLE WALLER; SUSAN SPENCER AND MARGARET HARVEY, TO THE COURT, AND TO ALL ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on May 23, 2023, at 1:00 PM, at United States Courthouse, 1301 Clay Street, Oakland, CA 94612, Defendant PAMELA ROGERS shall and hereby does move this Court for an order dismissing with prejudice the Complaint herein in its entirety and without leave to amend, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is based on the Memorandum of Points and Authorities and any other argument or evidence the Court and the parties deem relevant.

In support of this Motion Movant states that the Complaint herein fails to state a claim upon which relief may be granted, in that:

1. This action is barred by the applicable statute of limitations, having been filed on February 23, 2023, more than three years after the applicable limitation period, California Probate Code section 16460, had elapsed; and,
2. Issue Preclusion bars Plaintiffs' action because the same issues they assert in the present action were dispositively rejected in the prior probate proceedings in the Contra Costa County Superior Court, which binds all Plaintiffs due to their privity.

In further support of this Motion, Movant submits herewith a Memorandum of Points & Authorities; a Request for Judicial Notice of the official, certified records of the California Superior Court in and for the County of Contra Costa and of other matters which this Court may judicially notice; and a Declaration of Angela Killian, Esq.

Movant respectfully requests that this Motion be granted in its entirety, without leave to amend due to the futility of any amendment, and with prejudice.

Dated: April 18, 2023

**KAUFMAN DOLOWICH & VOLUCK, LLP**

*/s/ Louis H. Castoria*

Louis H. Castoria, Esq.
Angela Killian, Esq.
Attorneys for Defendant
PAMELA ROGERS

NOTICE OF MOTION AND MOTION OF DEFENDANT PAMELA ROGERS MOTION TO DISMISS
(FRCP 12(b)(6))