Louis H. Castoria, Esq. (SBN: 95768)
Angela Killian, Esq. (SBN: 346212)
**KAUFMAN DOLOWICH & VOLUCK, LLP**
425 California St., Suite 2100
San Francisco, CA 94104
Telephone: (415)926-7600
Facsimile: (415)926-7601
Email: lcastoria@kdvlaw.com

Attorneys for Defendant
PAMELA ROGERS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE WALLER; SUSAN SPENCER and MARGARET HARVEY,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA ROGERS; SMILE TRAIN FOUNDATION; STANFORD HOSIPTAL, JOHN MUIR HOSPITAL, CHILDREN'S HOSPITAL OF OAKLAND; CONTRA COSTA MEALS-ON-WHEELS and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:4:23-cv-00808-DMR<br><br>**DECLARATION OF ANGELA KILLIAN IN SUPPORT OF DEFENDANT PAMELA ROGERS' MOTION TO DISMISS**<br><br>Judge: Hon. Donna M. Ryu<br>Dept: Oakland Courthouse, Courtroom 4–3rd Floor<br>Hearing Date: May 25, 2023<br>Time: 1:00 PM<br><br>Complaint Filed: February 23, 2023<br>Trial Date: None |

I, Angela Killian, declare:

1. I am an attorney with Kaufman, Dolowich & Voluck, LLP counsel of record for Defendant PAMELA ROGERS in this matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. On April 17, 2023 at 9:00 AM, I traveled to the Contra Costa County Superior Court

1
DECLARATION OF ANGELA KILLIAN IN SUPPORT OF DEFENDANT PAMELA ROGERS' MOTION TO DISMISS

Records Office at 1111 Ward Street, Martinez, CA 94553, to obtain certified copies of court records for the case of *In Re The Barbara Watson George Revocable Trust*, case numbers MSP16-01405, MSP17-00981, and MSP 18-01495. The separate case numbers correspond to the three petitions filed by Rogers as successor trustee of the Barbara Watson George Revocable Trust. The entire case was consolidated into case number MSP16-01405 following the third petition.

3. After arriving at the Contra Costa County Superior Court Records Office, I spoke with a member of the clerk's office and requested to review the paper file of *In Re The Barbara Watson George Trust*, case numbers MSP16-01405, MSP17-00981, and MSP 18-01495.

4. I was provided the paper file to review and indicated the pages for the clerk to copy and certify. After personally reviewing the file for over an hour, I indicated five separate documents to obtain copies of and be officially certified by the clerk.

5. The first document I obtained at the court records office was Pamela Rogers' Second Petition for Instructions in the Contra Costa County Probate Court, *In re The Barbara Watson George Revocable Trust*, MSP17-00981, dated June 30, 2017. A true, complete, correct, and certified copy by the Contra Costa County Clerk is attached hereto as Exhibit 2. Additionally, the original certified copy is lodged with the court.

6. The second document I obtained at the court records office was Pamela Rogers' Third Petition for Instructions in the Contra Costa County Probate Court, *In re The Barbara Watson George Revocable Trust*, MSP18-01495, dated September 10, 2018. A true, complete, correct, and certified copy by the Contra Costa County Clerk is attached hereto as Exhibit 3. Additionally, the original certified copy is lodged with the court.

7. The third document I obtained at the court records office was the Minute Order, Hearing on Second Petition for Instructions in the Contra Costa County Probate Court, *In re The Barbara Watson George Revocable Trust*, MSP17-00981, dated May 23,

2018. The Clerk informed me that this document could not be certified as it was a Minute Order. A true, complete, and correct copy from the Probate Court's file is attached hereto as Exhibit 4.

8. The fourth document I obtained at the court records office was the Order and Notice of Entry of Order Filed on the Second Petition for Instructions in the Contra Costa County Probate Court, *In re The Barbara Watson George Revocable Trust*, MSP17-00981, dated June 6, 2018 and June 15, 2018, respectively. A true, complete, correct, and certified copy by the Contra Costa County Clerk is attached hereto as Exhibit 5. Additionally, the original certified copy is lodged with the court.

9. The fifth document I obtained at the court records office was the Order Granting Third Petition for Instructions and Overruling Objections in the Contra Costa County Probate Court, *In re The Barbara Watson George Revocable Trust*, MSP18-01495, dated February 13, 2019. A true, complete, correct, and certified copy by the Contra Costa County Clerk is attached hereto as Exhibit 6. Additionally, the original certified copy is lodged with the court.

10. I personally observed the Clerk stamp, sign, and emboss the seal on the four certified documents above around 11:00 AM on April 17, 2023.

11. I paid the clerk for the copies of the documents and the four certifications. I left the Contra Costa County Superior Court Records office and brought the documents to my law firm's San Francisco office on April 18, 2023.

12. On April 18, 2023, we copied the certified documents page by page without altering, changing, modifying, or removing any staple. After copying the documents to electronically file with our Request for Judicial Notice, Motion to Dismiss, and accompanying documents, we sent the certified copies of the documents under a sealed envelope via courier to this Court's Oakland Courthouse for lodging with Judge Ryu's Clerk.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on April 18, 2023 at San Francisco, CA.

*[signature: Angela Killian]*

_____
Angela Killian, Esq.