STEPHEN C. GREBING, State Bar No. 178046
*sgrebing@wingertlaw.com*
KATHERINE A. ELLIS, State Bar No. 311326
*kellis@wingertlaw.com*
WINGERT GREBING BRUBAKER & JUSKIE LLP
1230 Columbia Street, Suite 400
San Diego, CA 92101-3370
(619) 232-8151; Fax (619) 232-4665

Attorneys for Plaintiffs
DANIELLE WALLER; SUSAN SPENCER
and MARGARET HARVEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE WALLER; SUSAN SPENCER and MARGARET HARVEY,<br><br>Plaintiffs,<br><br>vs.<br><br>PAMELA ROGERS; SMILE TRAIN FOUNDATION; STANFORD HOSPITAL, JOHN MUIR HOSPITAL; CHILDREN'S HOSPITAL OF OAKLAND; CONTRA COSTA MEALS-ON-WHEELS and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-00808-DMR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AGAINST DEFENDANT JOHN MUIR HOSPITAL**<br><br>Date:<br>Time:<br>Ctrm: 4. 3rd fl<br>Judge:    Hon. Donna M. Ryu |

## STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

## AGAINST JOHN MUIR HOSPITAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-1(a), by and between Danielle Waller, Susan Spencer, and Margaret Harvey ("Plaintiffs"), and John Muir Hospital ("Defendant"), through their undersigned counsel, that Defendant shall have a fourteen (14) day extension of time up to and including May 25, 2023, to file an answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action.

This is Defendant's first request for an extension of time to respond to the Complaint.

This extension is necessary to allow Defendant time to sufficiently prepare a response.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 27, 2023     WINGERT GREBING BRUBAKER & JUSKIE LLP

By:    */s/ Stephen C. Grebing*
      STEPHEN C. GREBING
      KATHERINE A. ELLIS
      Attorneys for Plaintiffs
      DANIELLE WALLER; SUSAN SPENCER and
      MARGARET HARVEY

Dated: April 27, 2023     GORDON REES SCULLY MANSUKHANI

By:    */s/ James K. Holder*
      JAMES K. HOLDER
      Attorneys for Defendant
      JOHN MUIR HOSPITAL

### **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 27, 2023     WINGERT GREBING BRUBAKER & JUSKIE LLP

By:    */s/ Stephen C. Grebing*
      STEPHEN C. GREBING
      KATHERINE A. ELLIS
      Attorneys for Plaintiffs
      DANIELLE WALLER; SUSAN SPENCER and
      MARGARET HARVEY