UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE WALLER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAMELA ROGERS, et al.,<br><br>    Defendants. | Case No. 23-cv-00808-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without leave to amend, now enters judgment in favor of the defendants and against the plaintiffs. The Clerk of the Court is directed to close to case.

**IT IS SO ORDERED.**

Dated: August 11, 2023

VINCE CHHABRIA
United States District Judge